```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 21401
   DEANNA GRAVES
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-3193


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/27/2005 and was confirmed 08/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00            .00          .00
SELECT PORTFOLIO SERVICI  NOTICE ONLY    NOT FILED             .00          .00
REAL TIME RESOLUTION      CURRENT MORTG         .00            .00          .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE   15000.00             .00     15000.00
REAL TIME RESOLUTION      MORTGAGE ARRE    2581.00             .00      2581.00
RESURGENT CAPITAL         SECURED              .00            .00           .00
CAPITAL ONE SERVICES      UNSEC W/INTER  NOT FILED             .00          .00
MONOGRAM CREDIT CARD BAN  UNSEC W/INTER  NOT FILED             .00          .00
ROUNDUP FUNDING LLC       UNSEC W/INTER    1239.75          124.03      1239.75
INTERNAL REVENUE SERVICE  UNSEC W/INTER     508.09           50.73       508.09
COOK COUNTY TREASURER     UNSEC W/INTER     509.23           51.48       509.23
JOSEPH WROBEL             DEBTOR ATTY      2,194.00                     2,194.00
TOM VAUGHN                TRUSTEE                                       1,341.65
DEBTOR REFUND             REFUND                                          370.04

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            23,970.00

PRIORITY                                          .00
SECURED                                     17,581.00
UNSECURED                                    2,257.07
    INTEREST                                   226.24
ADMINISTRATIVE                               2,194.00
TRUSTEE COMPENSATION                         1,341.65
DEBTOR REFUND                                  370.04
                   --------------          --------------
TOTALS             23,970.00                23,970.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 21401 DEANNA GRAVES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 08/27/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |